# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL FERGUSON** | Case No. 1:21-cv-00116-AWI-EPG (PC) |
| **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT** |
| v. | |
| **S. SHERMAN, et al.,** | (Doc. No. 7) |
| **Defendant.** | |

Plaintiff Rafael Ferguson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 2, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed with prejudice," and that "[t]he Clerk of Court be directed to close this case." Doc. No. 7 at 8. Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on July 7, 2021. Doc. No. 12.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

///

///

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 7) issued on March 2, 2021, are ADOPTED in full;
2. Plaintiff's complaint (Doc. No. 1) is DISMISSED with prejudice; and
3. The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 19, 2021

SENIOR DISTRICT JUDGE